# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA McGAUGHEY, )
)
        Plaintiff, )
)
        v. )     **Civil Case No. 07-1498 (RJL)**
)
DISTRICT OF COLUMBIA, *et al.*, )
)
)
        Defendants. )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

25 day of August, 2010, hereby

**ORDERED** that the defendant District of Columbia's Motion for Summary

Judgment [#189] is **GRANTED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge